**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of COX OPERATING L.L.C., MLCJR, LLC, COX OIL OFFSHORE, L.L.C., ENERGY XXI, GOM, LLC, ENERGY XXI GULF COAST, LLC, EPL OIL & GAS, LLC, AND M21K, LLC <br><br> VERSUS <br><br> BRAD E. COX, et al. | * <br> * <br> * CIVIL ACTION AND <br> * ADVERSARY PROCEEDING NO. <br> * <br> * <br> * DISTRICT JUDGE: <br> * <br> * <br> * MAGISTRATE JUDGE: <br> * |

---

**EXHIBIT A TO THE COMPLAINT: GLOSSARY**

The Trustee respectfully submits this glossary of defined terms in his Original Complaint, alphabetized for ease of reference.

| <u>Term</u> | <u>Definition in Original Complaint</u> |
|---|---|
| **1201 Canal Condo** | A condominium at 1201 Canal Street, Unit No. 652 in New Orleans, Louisiana. |
| **Affiliate Defendants** | Collectively, Defendants, CLS Development, Cox Interests, CIP, Gathering, Cox Management, Cox Oil & Gas, Cox Oil, CW Facilities, Estate Management, Eastex, Flow Line, Half Moon, Lochridge P&A, LSC, Phoenix, Proteus, Quarantine Bay, RCL Pelican, RC L S Bay, WIN, and Windward. |
| **Bankruptcy Cases** | The Chapter 11 cases filed by Cox Operating and six affiliates in the United States Bankruptcy Court for the Southern District of Texas. |
| **Bankruptcy Court** | The United States Bankruptcy Court, for the Southern District of Texas, Houston Division, having jurisdiction over the Debtors' Bankruptcy Cases. |
| **Brad Cox** | Defendant and Chairman of the Board of Cox Operating and each of the Affiliate Defendants. |
| **Brad Cox Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Brad Cox, including those listed in Exhibit B. |



| | |
|---|---|
| **Bradley Trust** | Defendant, the Bradley Edwin Cox Trust, which is organized and existing under the laws of the State of Texas, with sole beneficiary Brad Cox and trustee, Arden Trust Company. |
| **Bradley Trust Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, the Bradley Trust, including those listed in Exhibit B. |
| **Catherine Cox** | Brad Cox's wife. |
| **CIP** | Defendant, Cox Investment Partners, LP, a Delaware limited Partnership, with the sole limited partner Brad Cox. |
| **CLS Development** | Defendant, CLS Development, LLC, a Texas limited liability company, registered to do and is in fact doing business in Louisiana. CLS Development is a member of MLCJR, and Sanders is the manager of CLS Development. |
| **Contract of Transfer** | The null contracts collectively constituting the Brad Cox Transfers; the Bradley Trust Transfers; the Edwin Trust Transfers; the Gathering Transfers; the Cox Interests Transfers; the CIP Transfers; the Cox Oil Transfers; the Eastex Transfers; the Flow Line Transfers; the Half Moon Transfers; the Lochridge P&A Transfers; the LSC Transfers; the Phoenix Transfers; the Proteus Transfers; the Quarantine Bay Transfers; the RCL Pelican Transfers; the RC L S Bay Transfers; the Windward Transfers;the   Cox Improper Equity Distributions; and    the MLCJR Improper Equity Distributions. |
| **Conversion Date** | February 28, 2024--the date that the Bankruptcy Court granted the Conversion Motion, Docket No. 1720. |
| **Conversion Motion** | The Debtors' *Emergency Motion (I) to Convert Chapter 11 Cases to Cases Under Chapter 7, etc.*, Texas Bankruptcy, Docket No. 1661. |
| **Cox Improper Equity Distributions** | Improper and unauthorized "equity" distributions made directly or indirectly by Cox Operating directly or indirectly to or for the benefit of, inter alia, Phoenix and CIP, including those listed in Exhibit B. |
| **Cox Interests** | Defendant, Cox Interests LLC, a Louisiana limited liability company, a wholly owned subsidiary of Cox Oil LLC. |

| | |
|---|---|
| **Cox Interests Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Cox Interests, including those listed in Exhibit B. |
| **Cox Management** | Defendant, Cox Management Dallas LLC, a Delaware limited liability company, with Brad Cox and Edwin Trust as the members and Sanders as its manager. |
| **Cox Oil** | Defendant, Cox Oil LLC, a Delaware limited liability company, registered to do and in fact doing business in Louisiana, and a wholly owned subsidiary of the Edwin Trust. Cox Oil is the parent company of Proteus, Cox Interests, and Cox Oil & Gas. |
| **Cox Oil & Gas** | Defendant, Cox Oil & Gas LLC, a Texas limited liability company. |
| **Cox Oil Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Cox Oil, including those listed in Exhibit B |
| **Cox Operating** | Debtor, Cox Operating L.L.C., a Louisiana limited liability company. |
| **Crespi Estate** | The real property located at 5619 Walnut Hill Lane, Dallas, Texas, and owned by the Charlee Trust. |
| **CW Facilities** | Defendant, CW Facilities LLC, a Delaware limited liability company and a wholly owned subsidiary of CIP. |
| **Debtors** | Collectively, Debtors Cox Operating LLC, MLCJR, LLC, Cox Oil Offshore, LLC, Energy XXI, GOM, LLC, Energy XXI Gulf Coast, LLC, EPL Oil & Gas, LLC, and M21K, LLC. |
| **Defendants** | Collectively, the Officer & Director Defendants, the Trust Defendants, the Affiliate Defendants, and the John Doe Defendants. |
| **DeVito** | Defendant, Vincent DeVito, the General Counsel and Executive Vice President of each of the Debtors and Affiliate Defendants. |
| **Dynasty Trust** | Defendant, the Charlee Lochridge Cox Dynasty Trust, which is organized and existing under the laws of the State of Texas, with sole beneficiary CLC (the unnamed minor child of Brad Cox and Catherine Cox) and trustees Craig Sanders and William Graham. |
| **Eastex** | Defendant, Eastex Deer Meadow LLC, a Texas limited liability company, whose officers include Brad Cox, Sanders, and DeVito, and which owns portions of the Lochridge Ranch. |

| | |
|---|---|
| **Eastex Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Eastex, including those listed in Exhibit B. |
| **Edwin Trust** | Defendant, The Edwin L. Cox "B" Trust, which is organized and existing under the laws of the State of Texas, with sole beneficiary Brad Cox. |
| **Edwin Trust Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, the Edwin Trust. |
| **Energy XXI** | Debtor, Energy XXI GOM LLC, a Delaware limited liability company, whose sole member is Gulf Coast. |
| **EPL O&G** | Debtor, EPL Oil & Gas LLC, a Delaware limited liability company, whose sole member is MLCJR. |
| **Estate Management** | Dallas Estate Management LLC, a Texas limited liability company, |
| **Family Office** | The Family office investment vehicles referenced in the Cox Operating memorandum to Whitley Penn memorandum dated April 27, 2020, which includes, inter alia, Defendants, Phoenix, CW Facilities, WIN, CIP, Management Dallas, Brad Cox, and the Edwin Trust. |
| **Flow Line** | Defendant, Flow Line Transportation LLC, a Louisiana limited liability company and a subsidiary of Phoenix. |
| **Flow Line Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Flow Line, including those listed in Exhibit B. |
| **Gathering** | Defendant, Cox Gathering LLC, a Louisiana limited liability company, a wholly owned subsidiary of Cox Operating. |
| **Gathering Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Gathering, including those listed in Exhibit B. |
| **Gulf Coast** | Defendant, Energy XXI Gulf Coast LLC, a Delaware limited liability company, whose sole member is CEXXI LLC, also a Delaware limited liability company. |
| **Half Moon** | Half Moon Lake, LLC, a Louisiana limited liability company, whose sole officer is William Graham. |

| | |
|---|---|
| **Half Moon Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Half Moon, including those listed in Exhibit B. |
| **Involuntary Petition** | The Chapter 7 petition filed by five trade creditors in the United States Bankruptcy Court for the Eastern District of Louisiana. |
| **Jackson** | Ken Jackson, the CPA and CFO of MLCJR. |
| **Jennifer Savoie** | Brad Cox's lady friend. |
| **John Doe Defendants** | Defendants, collectively consisting of persons and entities unknown at the time of filing who either (i) aided and abetted the breach of fiduciary and other legal duties by the Officer & Director Defendants or (ii) received from Cox Operating, directly or indirectly, transfers, avoidable under federal or state law, and which are affiliated with another Defendant. |
| **Jointly Administered Cases** | The consolidated cases, *In Re: MLCJR LLC, et al.*, Case No. 23-90324 (CML) in the Bankruptcy Court. |
| **Lochridge P&A Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Lochridge P&A, including those listed in Exhibit B. |
| **Lochridge Ranch** | A 15,000-acre ranch in Athens, Texas owned by Eastex, among others, with a common address of 8200 County Road 1127, Athens, Texas 75751. |
| **Lochridge RP&A** | Defendant, Lochridge Energy Services P&A, LLC, a Louisiana limited liability company. |
| **Louisiana Bankruptcy Case** | The United States Bankruptcy Court, Eastern District of Louisiana, Case No 23-10734. |
| **LSC** | Defendant, LSC 27, LLC, a Texas limited liability company. |
| **LSC Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, LSC, including those listed in Exhibit B, |
| **M21K** | Debtor, M21K, LLC, a Texas limited liability company, whose sole member is MLCJR, |

| | |
|---|---|
| **MLCJR** | Debtor, MLCJR, LLC, a Texas limited liability company, whose members are WIN, CIP, and CLS Development. |
| **MLCJR Improper Equity Distribution** | Collectively, the improper and unauthorized "equity" distributions made directly or indirectly by Cox Operating to, inter alia, the holders of membership interests in MLCJR, including to CIP, CLS Development, and WIN, including those listed in Exhibit B. |
| **New Orleans Headquarters** | Cox Operating's operational headquarters, located in New Orleans, Louisiana. |
| **Non-Debtor Subsidiaries** | Collectively, those wholly owned subsidiaries of the Debtors, which are not Defendants. |
| **Officer & Director Defendants** | Collectively, Brad Cox, Sanders, and DeVito. |
| **Offshore** | Debtor, Cox Oil Offshore, LLC, a Louisiana limited liability company, whose sole member is MLCJR. |
| **Omohundro Declaration** | The *Declaration of Ryan Omohundro, Chief Restructuring Officer of the Debtors in Support of Chapter 11 Petitions and First Day Pleadings*; Docket No. 34. |
| **Phoenix** | Defendant, Phoenix Petro Services LLC, a Delaware limited liability company, whose sole manager is Sanders and sole member is CIP. |
| **Proteus** | Defendant, Proteus Energy LLC, a Delaware limited liability company, a wholly owned subsidiary of Cox Oil. |
| **Proteus Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Proteus, including those listed in Exhibit B, |
| **Quarantine Bay** | Defendant, Quarantine Bay, LLC, a Louisiana limited liability company. |
| **Quarantine Bay Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Quarantine Bay, including those listed in Exhibit B |
| **RC L S Bay** | Defendant, RC L S Bay LLC, an entity controlled directly or indirectly by Brad Cox. |

| | |
|---|---|
| **RC L S Bay Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, RC L S Bay, including those listed in Exhibit B. |
| **RCL Pelican** | Defendant, RCL Pelican LLC, an entity controlled directly or indirectly by Brad Cox. |
| **RCL Pelican Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, RCL Pelican, including those listed in Exhibit B. |
| **Related Party Receivables** | Amounts owed to Cox Operating by the other entities within the Cox Enterprise. |
| **Sanders** | Craig Sanders, the president and CEO of each of the Debtors and Affiliate Defendants. |
| **The Cox Enterprise** | The Affiliate Defendants, Trust Defendants, Officer & Director Defendants, and Non-Debtor subsidiaries, collectively. |
| **Trust Defendants** | Collectively, the Bradley Trust, the Charlee Trust, and the Edwin Trust. |
| **Trustee** | Michael D. Warner, solely in his official capacity as Chapter 7 Trustee of the Debtors. |
| **TUFTA** | The Texas Uniform Fraudulent Transfer Act, as set forth in the Texas Business & Commercial Code § 24.001, *et seq.* |
| **Vail Chalet** | A 6,000 square foot home at 696 Forest Road, Vail, Colorado 81657 owned by LSC 27, which may have been privately conveyed to the Charlee Trust. |
| **Vail Condo** | A condominium at 660 W. Lionshead Plaza Unit 27, Vail, Colorado 81657 that was acquired in 2014 by LSC for $3.25 million and sold in 2017 for $4 million. |
| **Vail Lease** | A Lease providing that Cox Operating would pay LSC $40,000 per month for the Vail Chalet and which was executed by Sanders on behalf of both LSC as lessor and Cox Operating as lessee. |
| **Whitley Penn** | The Fort Worth, Texas accounting firm that audited MLCJR, et al. |
| **WIN** | Defendant, WIN Management LLC, A Delaware limited liability company, managed by William Graham with members Kathleen Cox and the Charlee Trust. |

| | |
|---|---|
| **Windward Transfers** | Transfers directly or indirectly from Cox Operating to or for the benefit of, inter alia, Windward, including those listed in Exhibit B. |
| **Windward** | Defendant, Delaware limited liability company Windward Capital Assets LLC. |