# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of COX OPERATING L.L.C., MLCJR, LLC, COX OIL OFFSHORE, L.L.C., ENERGY XXI, GOM, LLC, ENERGY XXI GULF COAST, LLC, EPL OIL & GAS, LLC, AND M21K, LLC, | * <br> * <br> * CIVIL ACTION NO. <br> * <br> * <br> * DISTRICT JUDGE: <br> * <br> * |
| VERSUS | * MAGISTRATE JUDGE: <br> * |
| BRAD E. COX, et al. | * <br> * |

## EXHIBIT B TO THE COMPLAINT: ORGANIZATIONAL CHART[1]



---

[1] Debtors included this partial organizational chart in the *Declaration of Ryan Omohundro, Chief Restructuring Officer of the Debtors in Support of Chapter 11 Petitions and First Day Pleadings. Jointly Administered Cases*, No. 23-90324, Dkt. No. 34, at 10 (S.D. Tx. May 15, 2023).

EXHIBIT
B