| EXHIBIT C | | | |
| --- | --- | --- | --- |
| | | | |
| **Recipients** | **Transfers** | | |
| **Date of Transfer** | **Cox Operating Transfers** | **MLCJR Transfers** | **Grand Total** |
| **BEC Trust** | **$1,162,147.15** | | **$1,162,147.15** |
| 1/25/2017 | $35,215.77 | | $35,215.77 |
| 2/23/2017 | $48,880.41 | | $48,880.41 |
| 3/23/2017 | $37,055.76 | | $37,055.76 |
| 4/25/2017 | $30,467.64 | | $30,467.64 |
| 5/24/2017 | $26,243.86 | | $26,243.86 |
| 6/22/2017 | $21,708.35 | | $21,708.35 |
| 7/25/2017 | $24,379.28 | | $24,379.28 |
| 8/23/2017 | $30,712.62 | | $30,712.62 |
| 9/25/2017 | $31,483.40 | | $31,483.40 |
| 10/24/2017 | $32,689.96 | | $32,689.96 |
| 11/22/2017 | $30,322.26 | | $30,322.26 |
| 12/26/2017 | $28,375.93 | | $28,375.93 |
| 1/25/2018 | $32,098.05 | | $32,098.05 |
| 2/23/2018 | $32,711.01 | | $32,711.01 |
| 3/23/2018 | $36,421.39 | | $36,421.39 |
| 4/24/2018 | $29,143.62 | | $29,143.62 |
| 5/24/2018 | $29,576.65 | | $29,576.65 |
| 6/22/2018 | $30,082.90 | | $30,082.90 |
| 7/24/2018 | $32,413.58 | | $32,413.58 |
| 8/23/2018 | $28,987.51 | | $28,987.51 |
| 9/24/2018 | $13,451.82 | | $13,451.82 |
| 10/23/2018 | $676.07 | | $676.07 |
| 12/21/2018 | $29,702.74 | | $29,702.74 |
| 1/24/2019 | $30,157.18 | | $30,157.18 |
| 2/25/2019 | $29,714.01 | | $29,714.01 |
| 3/25/2019 | $22,769.00 | | $22,769.00 |
| 4/25/2019 | $21,863.92 | | $21,863.92 |
| 5/24/2019 | $25,832.19 | | $25,832.19 |
| 6/24/2019 | $28,699.72 | | $28,699.72 |
| 7/25/2019 | $27,002.36 | | $27,002.36 |
| 8/23/2019 | $23,866.73 | | $23,866.73 |
| 9/23/2019 | $26,034.13 | | $26,034.13 |
| 10/25/2019 | $22,819.12 | | $22,819.12 |
| 11/25/2019 | $21,889.86 | | $21,889.86 |
| 12/23/2019 | $20,768.47 | | $20,768.47 |
| 1/24/2020 | $19,919.74 | | $19,919.74 |
| 2/26/2020 | $26,074.21 | | $26,074.21 |
| 3/25/2020 | $21,511.57 | | $21,511.57 |
| 4/23/2020 | $16,540.04 | | $16,540.04 |
| 5/26/2020 | $10,920.64 | | $10,920.64 |
| 1/25/2021 | $68,430.45 | | $68,430.45 |
| 2/25/2021 | $11,265.62 | | $11,265.62 |

EXHIBIT C

| Date | | | |
|---|---|---|---|
| 3/25/2021 | $13,267.61 | | $13,267.61 |
| **CLS DEVELOPMENT LLC** | | **$2,553,344.57** | **$2,553,344.57** |
| 1/13/2017 | | $802,240.00 | $802,240.00 |
| 4/17/2017 | | $454,250.00 | $454,250.00 |
| 6/15/2017 | | $115,000.00 | $115,000.00 |
| 4/16/2018 | | $42,204.57 | $42,204.57 |
| 6/18/2018 | | $176,295.00 | $176,295.00 |
| 9/20/2018 | | $171,637.50 | $171,637.50 |
| 1/22/2019 | | $446,717.50 | $446,717.50 |
| 6/14/2019 | | $345,000.00 | $345,000.00 |
| **Cox Gathering, LLC** | **$574,880.34** | | **$574,880.34** |
| 3/9/2018 | $151,955.26 | | $151,955.26 |
| 7/12/2018 | $64,000.00 | | $64,000.00 |
| 1/4/2019 | $80,000.00 | | $80,000.00 |
| 2/14/2020 | $255,387.34 | | $255,387.34 |
| 6/16/2020 | $17,474.29 | | $17,474.29 |
| 3/11/2022 | $6,063.45 | | $6,063.45 |
| **Cox Interests LLC** | **$9,269,458.95** | | **$9,269,458.95** |
| 1/25/2017 | $130,723.77 | | $130,723.77 |
| 2/23/2017 | $196,551.79 | | $196,551.79 |
| 3/23/2017 | $161,460.49 | | $161,460.49 |
| 4/25/2017 | $157,379.79 | | $157,379.79 |
| 5/24/2017 | $153,773.81 | | $153,773.81 |
| 6/22/2017 | $157,582.85 | | $157,582.85 |
| 7/25/2017 | $157,467.88 | | $157,467.88 |
| 8/23/2017 | $120,025.11 | | $120,025.11 |
| 9/25/2017 | $165,138.88 | | $165,138.88 |
| 10/24/2017 | $149,945.78 | | $149,945.78 |
| 11/22/2017 | $137,894.27 | | $137,894.27 |
| 12/26/2017 | $146,573.91 | | $146,573.91 |
| 1/25/2018 | $199,816.77 | | $199,816.77 |
| 2/23/2018 | $227,742.01 | | $227,742.01 |
| 3/23/2018 | $209,670.31 | | $209,670.31 |
| 4/24/2018 | $206,525.13 | | $206,525.13 |
| 5/24/2018 | $216,569.99 | | $216,569.99 |
| 6/22/2018 | $211,357.35 | | $211,357.35 |
| 7/24/2018 | $224,425.30 | | $224,425.30 |
| 8/23/2018 | $217,848.29 | | $217,848.29 |
| 9/24/2018 | $234,941.18 | | $234,941.18 |
| 10/23/2018 | $193,330.75 | | $193,330.75 |
| 11/21/2018 | $210,171.29 | | $210,171.29 |
| 12/21/2018 | $203,641.71 | | $203,641.71 |
| 1/24/2019 | $157,658.65 | | $157,658.65 |
| 2/25/2019 | $145,294.50 | | $145,294.50 |
| 3/25/2019 | $163,762.86 | | $163,762.86 |
| 4/25/2019 | $146,681.99 | | $146,681.99 |
| 5/24/2019 | $165,740.03 | | $165,740.03 |

| | | | |
|---|---|---|---|
| 6/24/2019 | $236,474.27 | | $236,474.27 |
| 7/25/2019 | $210,997.81 | | $210,997.81 |
| 8/23/2019 | $161,695.76 | | $161,695.76 |
| 9/23/2019 | $182,878.12 | | $182,878.12 |
| 10/25/2019 | $1,775,495.45 | | $1,775,495.45 |
| 11/25/2019 | $165,998.07 | | $165,998.07 |
| 12/23/2019 | $156,294.88 | | $156,294.88 |
| 1/24/2020 | $155,252.92 | | $155,252.92 |
| 2/26/2020 | $112,261.86 | | $112,261.86 |
| 3/25/2020 | $169,679.30 | | $169,679.30 |
| 4/23/2020 | $128,476.25 | | $128,476.25 |
| 5/26/2020 | $81,940.44 | | $81,940.44 |
| 6/25/2020 | $29,571.88 | | $29,571.88 |
| 7/27/2020 | $23,320.58 | | $23,320.58 |
| 8/25/2020 | $72,176.44 | | $72,176.44 |
| 9/24/2020 | $70,516.88 | | $70,516.88 |
| 10/23/2020 | $62,130.66 | | $62,130.66 |
| 11/24/2020 | $58,692.44 | | $58,692.44 |
| 12/23/2020 | $43,912.97 | | $43,912.97 |
| 1/25/2021 | $63,648.50 | | $63,648.50 |
| 2/25/2021 | $64,763.66 | | $64,763.66 |
| 3/25/2021 | $73,583.37 | | $73,583.37 |
| **COX INVESTMENT PARTNERS** | **$8,443,834.00** | **$38,242,845.00** | **$46,686,679.00** |
| 1/13/2017 | | $9,661,760.00 | $9,661,760.00 |
| 4/17/2017 | | $5,470,750.00 | $5,470,750.00 |
| 6/15/2017 | | $1,385,000.00 | $1,385,000.00 |
| 4/16/2018 | | $499,985.00 | $499,985.00 |
| 6/18/2018 | | $2,123,205.00 | $2,123,205.00 |
| 8/15/2018 | | $7,500,000.00 | $7,500,000.00 |
| 8/16/2018 | | $0.00 | $0.00 |
| 9/20/2018 | | $2,067,112.50 | $2,067,112.50 |
| 1/22/2019 | | $5,380,032.50 | $5,380,032.50 |
| 4/8/2019 | $1,250,000.00 | | $1,250,000.00 |
| 4/22/2019 | $6,600,000.00 | | $6,600,000.00 |
| 6/14/2019 | | $4,155,000.00 | $4,155,000.00 |
| 12/27/2019 | $25,000.00 | | $25,000.00 |
| 12/23/2021 | $568,834.00 | | $568,834.00 |
| **Cox Oil** | **$24,087,304.63** | | **$24,087,304.63** |
| 1/25/2017 | $572,248.46 | | $572,248.46 |
| 1/27/2017 | $35,922.46 | | $35,922.46 |
| 2/15/2017 | $37,022.57 | | $37,022.57 |
| 2/23/2017 | $732,510.06 | | $732,510.06 |
| 3/15/2017 | $50,240.87 | | $50,240.87 |
| 3/23/2017 | $636,118.36 | | $636,118.36 |
| 4/25/2017 | $649,228.52 | | $649,228.52 |
| 5/22/2017 | $51,589.81 | | $51,589.81 |
| 5/24/2017 | $474,520.30 | | $474,520.30 |

| | | | |
|---|---:|---|---:|
| 6/21/2017 | $88,637.09 | | $88,637.09 |
| 6/22/2017 | $510,471.86 | | $510,471.86 |
| 7/10/2017 | $47,478.47 | | $47,478.47 |
| 7/25/2017 | $474,391.14 | | $474,391.14 |
| 8/23/2017 | $486,170.93 | | $486,170.93 |
| 8/29/2017 | $115,180.82 | | $115,180.82 |
| 9/19/2017 | $165,671.97 | | $165,671.97 |
| 9/25/2017 | $572,824.16 | | $572,824.16 |
| 10/24/2017 | $629,885.98 | | $629,885.98 |
| 11/22/2017 | $494,214.92 | | $494,214.92 |
| 11/30/2017 | $248,615.36 | | $248,615.36 |
| 12/26/2017 | $538,139.15 | | $538,139.15 |
| 12/27/2017 | $100,633.14 | | $100,633.14 |
| 1/25/2018 | $521,139.14 | | $521,139.14 |
| 1/26/2018 | $109,775.25 | | $109,775.25 |
| 2/23/2018 | $548,125.58 | | $548,125.58 |
| 3/12/2018 | $177,061.88 | | $177,061.88 |
| 3/23/2018 | $691,219.28 | | $691,219.28 |
| 4/16/2018 | $79,972.78 | | $79,972.78 |
| 4/24/2018 | $541,420.89 | | $541,420.89 |
| 5/24/2018 | $657,683.81 | | $657,683.81 |
| 5/29/2018 | $216,318.56 | | $216,318.56 |
| 6/22/2018 | $557,798.79 | | $557,798.79 |
| 7/9/2018 | $157,615.46 | | $157,615.46 |
| 7/24/2018 | $606,200.72 | | $606,200.72 |
| 8/23/2018 | $570,604.56 | | $570,604.56 |
| 8/24/2018 | $157,344.64 | | $157,344.64 |
| 9/18/2018 | $332,175.62 | | $332,175.62 |
| 9/24/2018 | $366,875.23 | | $366,875.23 |
| 10/23/2018 | $437,819.80 | | $437,819.80 |
| 11/5/2018 | $216,388.39 | | $216,388.39 |
| 11/21/2018 | $241,361.23 | | $241,361.23 |
| 12/21/2018 | $593,946.51 | | $593,946.51 |
| 12/31/2018 | $404,526.85 | | $404,526.85 |
| 1/24/2019 | $535,788.11 | | $535,788.11 |
| 2/25/2019 | $424,039.99 | | $424,039.99 |
| 3/25/2019 | $437,102.35 | | $437,102.35 |
| 4/25/2019 | $369,967.37 | | $369,967.37 |
| 5/24/2019 | $426,320.37 | | $426,320.37 |
| 6/24/2019 | $568,471.39 | | $568,471.39 |
| 7/25/2019 | $453,171.17 | | $453,171.17 |
| 8/23/2019 | $445,776.09 | | $445,776.09 |
| 9/23/2019 | $501,641.05 | | $501,641.05 |
| 10/25/2019 | $400,236.72 | | $400,236.72 |
| 11/25/2019 | $304,251.92 | | $304,251.92 |
| 12/23/2019 | $403,296.76 | | $403,296.76 |
| 1/24/2020 | $361,298.53 | | $361,298.53 |

| | | | |
|---|---|---|---|
| 2/26/2020 | $424,888.36 | | $424,888.36 |
| 3/25/2020 | $382,856.04 | | $382,856.04 |
| 4/23/2020 | $313,893.21 | | $313,893.21 |
| 5/26/2020 | $194,467.88 | | $194,467.88 |
| 6/25/2020 | $61,694.21 | | $61,694.21 |
| 7/27/2020 | $40,794.98 | | $40,794.98 |
| 8/25/2020 | $271,026.52 | | $271,026.52 |
| 9/24/2020 | $216,471.82 | | $216,471.82 |
| 10/23/2020 | $149,206.65 | | $149,206.65 |
| 11/24/2020 | $116,318.85 | | $116,318.85 |
| 12/23/2020 | $68,745.46 | | $68,745.46 |
| 1/25/2021 | $95,777.65 | | $95,777.65 |
| 2/25/2021 | $102,464.46 | | $102,464.46 |
| 3/25/2021 | $120,245.35 | | $120,245.35 |
| **Flow Line** | **$6,804,989.48** | | **$6,804,989.48** |
| 1/18/2017 | $62,888.00 | | $62,888.00 |
| 2/16/2017 | $67,592.00 | | $67,592.00 |
| 3/20/2017 | $84,490.00 | | $84,490.00 |
| 4/20/2017 | $67,592.00 | | $67,592.00 |
| 5/16/2017 | $67,592.00 | | $67,592.00 |
| 7/7/2017 | $118,286.00 | | $118,286.00 |
| 8/4/2017 | $84,490.00 | | $84,490.00 |
| 9/1/2017 | $67,592.00 | | $67,592.00 |
| 10/24/2017 | $101,388.00 | | $101,388.00 |
| 11/13/2017 | $67,592.00 | | $67,592.00 |
| 12/20/2017 | $84,490.00 | | $84,490.00 |
| 1/18/2018 | $67,592.00 | | $67,592.00 |
| 2/2/2018 | $50,694.00 | | $50,694.00 |
| 3/8/2018 | $67,592.00 | | $67,592.00 |
| 4/4/2018 | $59,927.00 | | $59,927.00 |
| 4/5/2018 | $7,665.00 | | $7,665.00 |
| 5/4/2018 | $84,490.00 | | $84,490.00 |
| 6/7/2018 | $84,490.00 | | $84,490.00 |
| 7/12/2018 | $67,253.20 | | $67,253.20 |
| 8/16/2018 | $84,066.50 | | $84,066.50 |
| 9/17/2018 | $84,066.50 | | $84,066.50 |
| 10/25/2018 | $100,879.80 | | $100,879.80 |
| 11/26/2018 | $81,664.60 | | $81,664.60 |
| 12/12/2018 | $74,458.90 | | $74,458.90 |
| 1/22/2019 | $43,458.90 | | $43,458.90 |
| 1/31/2019 | $31,000.00 | | $31,000.00 |
| 3/6/2019 | $141,712.10 | | $141,712.10 |
| 3/28/2019 | $465,261.38 | | $465,261.38 |
| 5/3/2019 | $72,057.00 | | $72,057.00 |
| 6/11/2019 | $186,173.20 | | $186,173.20 |
| 6/17/2019 | $146,515.90 | | $146,515.90 |
| 7/10/2019 | $53,000.00 | | $53,000.00 |

| | | | |
|---|---|---|---|
| 7/15/2019 | $74,458.90 | | $74,458.90 |
| 8/12/2019 | $74,458.90 | | $74,458.90 |
| 9/3/2019 | $53,000.00 | | $53,000.00 |
| 9/18/2019 | $72,057.00 | | $72,057.00 |
| 10/3/2019 | $53,000.00 | | $53,000.00 |
| 10/14/2019 | $74,458.90 | | $74,458.90 |
| 11/4/2019 | $53,000.00 | | $53,000.00 |
| 11/11/2019 | $72,057.00 | | $72,057.00 |
| 12/3/2019 | $53,000.00 | | $53,000.00 |
| 12/20/2019 | $74,458.90 | | $74,458.90 |
| 1/3/2020 | $53,000.00 | | $53,000.00 |
| 1/10/2020 | $74,458.90 | | $74,458.90 |
| 2/4/2020 | $53,000.00 | | $53,000.00 |
| 3/24/2020 | $53,000.00 | | $53,000.00 |
| 3/26/2020 | $69,655.10 | | $69,655.10 |
| 5/1/2020 | $146,515.90 | | $146,515.90 |
| 5/4/2020 | $53,000.00 | | $53,000.00 |
| 10/29/2020 | $250,000.00 | | $250,000.00 |
| 12/22/2020 | $53,000.00 | | $53,000.00 |
| 2/8/2021 | $53,000.00 | | $53,000.00 |
| 5/13/2021 | $53,000.00 | | $53,000.00 |
| 6/4/2021 | $53,000.00 | | $53,000.00 |
| 8/5/2021 | $53,000.00 | | $53,000.00 |
| 9/7/2021 | $53,000.00 | | $53,000.00 |
| 10/4/2021 | $53,000.00 | | $53,000.00 |
| 1/3/2022 | $53,000.00 | | $53,000.00 |
| 2/2/2022 | $53,000.00 | | $53,000.00 |
| 3/1/2022 | $53,000.00 | | $53,000.00 |
| 4/4/2022 | $53,000.00 | | $53,000.00 |
| 5/9/2022 | $53,000.00 | | $53,000.00 |
| 6/3/2022 | $53,000.00 | | $53,000.00 |
| 7/6/2022 | $53,000.00 | | $53,000.00 |
| 8/1/2022 | $53,000.00 | | $53,000.00 |
| 9/2/2022 | $53,000.00 | | $53,000.00 |
| 10/4/2022 | $53,000.00 | | $53,000.00 |
| 11/3/2022 | $53,000.00 | | $53,000.00 |
| 12/6/2022 | $53,000.00 | | $53,000.00 |
| 1/3/2023 | $53,000.00 | | $53,000.00 |
| 1/13/2023 | $375,550.00 | | $375,550.00 |
| 2/2/2023 | $211,250.00 | | $211,250.00 |
| 2/3/2023 | $53,000.00 | | $53,000.00 |
| 3/1/2023 | $244,250.00 | | $244,250.00 |
| 3/3/2023 | $53,000.00 | | $53,000.00 |
| 5/4/2023 | $473,350.00 | | $473,350.00 |
| **Half Moon Lake** | **$9,795,556.22** | | **$9,795,556.22** |
| 1/25/2017 | $234,196.61 | | $234,196.61 |
| 2/23/2017 | $272,355.19 | | $272,355.19 |

| | | | |
|---|---:|---|---:|
| 3/23/2017 | $279,545.96 | | $279,545.96 |
| 4/25/2017 | $270,683.83 | | $270,683.83 |
| 5/24/2017 | $213,910.00 | | $213,910.00 |
| 6/22/2017 | $268,084.81 | | $268,084.81 |
| 7/25/2017 | $213,094.65 | | $213,094.65 |
| 8/23/2017 | $193,449.70 | | $193,449.70 |
| 9/25/2017 | $254,866.28 | | $254,866.28 |
| 10/24/2017 | $245,706.31 | | $245,706.31 |
| 11/22/2017 | $189,643.14 | | $189,643.14 |
| 12/26/2017 | $255,199.41 | | $255,199.41 |
| 1/25/2018 | $195,804.69 | | $195,804.69 |
| 2/23/2018 | $172,450.98 | | $172,450.98 |
| 3/23/2018 | $322,784.69 | | $322,784.69 |
| 4/24/2018 | $235,087.92 | | $235,087.92 |
| 5/24/2018 | $349,830.43 | | $349,830.43 |
| 6/22/2018 | $243,788.92 | | $243,788.92 |
| 7/24/2018 | $301,503.35 | | $301,503.35 |
| 8/23/2018 | $273,616.29 | | $273,616.29 |
| 9/24/2018 | $217,004.79 | | $217,004.79 |
| 10/23/2018 | $396,755.17 | | $396,755.17 |
| 11/21/2018 | $204,812.13 | | $204,812.13 |
| 12/21/2018 | $313,268.51 | | $313,268.51 |
| 1/24/2019 | $260,650.17 | | $260,650.17 |
| 2/25/2019 | $157,051.74 | | $157,051.74 |
| 3/25/2019 | $225,294.75 | | $225,294.75 |
| 4/25/2019 | $169,169.38 | | $169,169.38 |
| 5/24/2019 | $191,113.37 | | $191,113.37 |
| 6/24/2019 | $300,544.31 | | $300,544.31 |
| 7/25/2019 | $201,049.85 | | $201,049.85 |
| 8/23/2019 | $221,540.64 | | $221,540.64 |
| 9/23/2019 | $261,812.33 | | $261,812.33 |
| 10/25/2019 | $187,758.76 | | $187,758.76 |
| 11/25/2019 | $98,742.35 | | $98,742.35 |
| 12/23/2019 | $208,289.93 | | $208,289.93 |
| 1/24/2020 | $173,657.38 | | $173,657.38 |
| 2/26/2020 | $194,131.34 | | $194,131.34 |
| 3/25/2020 | $180,242.50 | | $180,242.50 |
| 4/23/2020 | $158,746.37 | | $158,746.37 |
| 5/26/2020 | $92,558.68 | | $92,558.68 |
| 6/25/2020 | $20,474.72 | | $20,474.72 |
| 8/25/2020 | $170,018.15 | | $170,018.15 |
| 9/24/2020 | $113,425.10 | | $113,425.10 |
| 10/23/2020 | $63,389.76 | | $63,389.76 |
| 11/24/2020 | $28,361.82 | | $28,361.82 |
| 12/23/2020 | $89.06 | | $89.06 |
| **LOCHRIDGE ENERGY SERVICES P&A** | **$1,419,421.56** | | **$1,419,421.56** |
| 6/9/2020 | $3,000.00 | | $3,000.00 |

| | | | |
|---|---|---|---|
| 7/20/2020 | $56,575.96 | | $56,575.96 |
| 7/31/2020 | $60,000.00 | | $60,000.00 |
| 9/4/2020 | $102,501.06 | | $102,501.06 |
| 11/13/2020 | $27,536.04 | | $27,536.04 |
| 1/13/2021 | $3,000.00 | | $3,000.00 |
| 1/27/2021 | $119,648.51 | | $119,648.51 |
| 2/17/2021 | $5,000.00 | | $5,000.00 |
| 2/24/2021 | $10,000.00 | | $10,000.00 |
| 3/12/2021 | $30,000.00 | | $30,000.00 |
| 4/12/2021 | $75,000.00 | | $75,000.00 |
| 4/26/2021 | $11,692.50 | | $11,692.50 |
| 5/11/2021 | $10,138.93 | | $10,138.93 |
| 5/13/2021 | $11,687.63 | | $11,687.63 |
| 6/1/2021 | $15,495.96 | | $15,495.96 |
| 6/10/2021 | $10,305.80 | | $10,305.80 |
| 6/23/2021 | $35,400.00 | | $35,400.00 |
| 8/5/2021 | $96,127.19 | | $96,127.19 |
| 8/30/2021 | $84,250.22 | | $84,250.22 |
| 10/7/2021 | $21,655.18 | | $21,655.18 |
| 11/22/2021 | $5,600.00 | | $5,600.00 |
| 12/20/2021 | $391,339.32 | | $391,339.32 |
| 3/11/2022 | $62,181.42 | | $62,181.42 |
| 3/23/2022 | $75,174.61 | | $75,174.61 |
| 5/3/2022 | $20,399.05 | | $20,399.05 |
| 6/1/2022 | $10,580.00 | | $10,580.00 |
| 6/24/2022 | $20,075.00 | | $20,075.00 |
| 7/20/2022 | $10,230.40 | | $10,230.40 |
| 9/20/2022 | $10,893.78 | | $10,893.78 |
| 10/14/2022 | $3,150.00 | | $3,150.00 |
| 10/26/2022 | $200.00 | | $200.00 |
| 11/29/2022 | $10,583.00 | | $10,583.00 |
| 12/22/2022 | $10,000.00 | | $10,000.00 |
| **LSC 27** | **$1,960,000.00** | | **$1,960,000.00** |
| 7/8/2019 | $440,000.00 | | $440,000.00 |
| 9/3/2019 | $40,000.00 | | $40,000.00 |
| 10/3/2019 | $40,000.00 | | $40,000.00 |
| 11/4/2019 | $40,000.00 | | $40,000.00 |
| 12/3/2019 | $40,000.00 | | $40,000.00 |
| 1/3/2020 | $40,000.00 | | $40,000.00 |
| 2/4/2020 | $40,000.00 | | $40,000.00 |
| 3/24/2020 | $40,000.00 | | $40,000.00 |
| 5/4/2020 | $40,000.00 | | $40,000.00 |
| 8/3/2020 | $40,000.00 | | $40,000.00 |
| 11/13/2020 | $40,000.00 | | $40,000.00 |
| 1/12/2021 | $40,000.00 | | $40,000.00 |
| 2/8/2021 | $40,000.00 | | $40,000.00 |
| 3/12/2021 | $40,000.00 | | $40,000.00 |

| | | | |
|---|---|---|---|
| 4/8/2021 | $40,000.00 | | $40,000.00 |
| 5/13/2021 | $40,000.00 | | $40,000.00 |
| 6/4/2021 | $40,000.00 | | $40,000.00 |
| 7/13/2021 | $40,000.00 | | $40,000.00 |
| 8/5/2021 | $40,000.00 | | $40,000.00 |
| 9/7/2021 | $40,000.00 | | $40,000.00 |
| 10/4/2021 | $40,000.00 | | $40,000.00 |
| 11/19/2021 | $40,000.00 | | $40,000.00 |
| 12/14/2021 | $80,000.00 | | $80,000.00 |
| 1/3/2022 | $40,000.00 | | $40,000.00 |
| 2/2/2022 | $40,000.00 | | $40,000.00 |
| 3/1/2022 | $40,000.00 | | $40,000.00 |
| 4/4/2022 | $40,000.00 | | $40,000.00 |
| 5/9/2022 | $40,000.00 | | $40,000.00 |
| 6/3/2022 | $40,000.00 | | $40,000.00 |
| 7/6/2022 | $40,000.00 | | $40,000.00 |
| 8/1/2022 | $40,000.00 | | $40,000.00 |
| 9/2/2022 | $40,000.00 | | $40,000.00 |
| 10/4/2022 | $40,000.00 | | $40,000.00 |
| 11/3/2022 | $40,000.00 | | $40,000.00 |
| 12/6/2022 | $40,000.00 | | $40,000.00 |
| 1/3/2023 | $40,000.00 | | $40,000.00 |
| 2/3/2023 | $40,000.00 | | $40,000.00 |
| 3/3/2023 | $40,000.00 | | $40,000.00 |
| **PHOENIX PETRO** | **$49,577,396.05** | | **$49,577,396.05** |
| 9/1/2017 | $850,000.00 | | $850,000.00 |
| 9/22/2017 | $250,000.00 | | $250,000.00 |
| 1/22/2018 | $1,000,000.00 | | $1,000,000.00 |
| 2/27/2018 | $1,500,000.00 | | $1,500,000.00 |
| 3/6/2018 | $901,100.00 | | $901,100.00 |
| 3/30/2018 | $1,500,000.00 | | $1,500,000.00 |
| 4/30/2018 | $1,500,000.00 | | $1,500,000.00 |
| 5/29/2018 | | | |
| 5/31/2018 | $1,500,000.00 | | $1,500,000.00 |
| 8/10/2018 | $500,000.00 | | $500,000.00 |
| 8/13/2018 | $1,000,000.00 | | $1,000,000.00 |
| 9/13/2018 | $3,750,000.00 | | $3,750,000.00 |
| 10/15/2018 | $1,250,000.00 | | $1,250,000.00 |
| 10/17/2018 | $4,200,000.00 | | $4,200,000.00 |
| 10/23/2018 | $1,500,000.00 | | $1,500,000.00 |
| 10/24/2018 | $800,000.00 | | $800,000.00 |
| 11/1/2018 | $750,000.00 | | $750,000.00 |
| 11/21/2018 | $1,500,000.00 | | $1,500,000.00 |
| 12/7/2018 | $500,000.00 | | $500,000.00 |
| 12/11/2018 | $750,000.00 | | $750,000.00 |
| 12/31/2018 | $500,000.00 | | $500,000.00 |
| 1/11/2019 | $2,000,000.00 | | $2,000,000.00 |

| | | | |
|---|---:|---|---:|
| 1/30/2019 | $500,000.00 | | $500,000.00 |
| 2/11/2019 | $200,000.00 | | $200,000.00 |
| 2/14/2019 | $750,000.00 | | $750,000.00 |
| 2/20/2019 | $750,000.00 | | $750,000.00 |
| 3/1/2019 | $150,000.00 | | $150,000.00 |
| 3/13/2019 | $50,000.00 | | $50,000.00 |
| 3/25/2019 | $2,500,000.00 | | $2,500,000.00 |
| 6/10/2019 | $350,000.00 | | $350,000.00 |
| 6/11/2019 | $12,500,000.00 | | $12,500,000.00 |
| 10/9/2019 | $1,000,000.00 | | $1,000,000.00 |
| 2/16/2022 | $508,544.47 | | $508,544.47 |
| 3/14/2022 | $417,850.58 | | $417,850.58 |
| 4/14/2022 | $415,902.80 | | $415,902.80 |
| 5/9/2022 | $620,000.00 | | $620,000.00 |
| 6/14/2022 | $863,998.20 | | $863,998.20 |
| **PROTEUS ENERGY** | **$20,307,253.98** | | **$20,307,253.98** |
| 1/26/2018 | $109,775.25 | | $109,775.25 |
| 12/6/2018 | $500,000.00 | | $500,000.00 |
| 12/31/2018 | $554,526.85 | | $554,526.85 |
| 1/22/2019 | $214,084.66 | | $214,084.66 |
| 2/12/2019 | $278,894.54 | | $278,894.54 |
| 3/4/2019 | $336,056.48 | | $336,056.48 |
| 3/20/2019 | $150,000.00 | | $150,000.00 |
| 4/16/2019 | $320,781.60 | | $320,781.60 |
| 5/7/2019 | $270,966.86 | | $270,966.86 |
| 5/24/2019 | $10,000.00 | | $10,000.00 |
| 5/28/2019 | $111,427.55 | | $111,427.55 |
| 6/5/2019 | $202,734.70 | | $202,734.70 |
| 7/10/2019 | $222,172.29 | | $222,172.29 |
| 8/7/2019 | $252,141.29 | | $252,141.29 |
| 9/3/2019 | $150,000.00 | | $150,000.00 |
| 9/5/2019 | $65,148.81 | | $65,148.81 |
| 10/3/2019 | $150,000.00 | | $150,000.00 |
| 10/15/2019 | $153,608.83 | | $153,608.83 |
| 11/4/2019 | $150,000.00 | | $150,000.00 |
| 11/12/2019 | $145,088.06 | | $145,088.06 |
| 12/3/2019 | $150,000.00 | | $150,000.00 |
| 12/6/2019 | $81,339.02 | | $81,339.02 |
| 1/3/2020 | $150,000.00 | | $150,000.00 |
| 1/21/2020 | $174,841.13 | | $174,841.13 |
| 1/28/2020 | $14,132.83 | | $14,132.83 |
| 2/4/2020 | $150,000.00 | | $150,000.00 |
| 3/24/2020 | $150,000.00 | | $150,000.00 |
| 4/1/2020 | $309,952.19 | | $309,952.19 |
| 4/20/2020 | $250,000.00 | | $250,000.00 |
| 5/4/2020 | $300,000.00 | | $300,000.00 |
| 5/28/2020 | $310,441.77 | | $310,441.77 |

| | | | |
|---|---|---|---|
| 7/2/2020 | $300,000.00 | | $300,000.00 |
| 7/21/2020 | $85,220.64 | | $85,220.64 |
| 8/3/2020 | $300,000.00 | | $300,000.00 |
| 8/25/2020 | $206,344.67 | | $206,344.67 |
| 11/5/2020 | $300,000.00 | | $300,000.00 |
| 12/1/2020 | $300,000.00 | | $300,000.00 |
| 12/18/2020 | $283,624.13 | | $283,624.13 |
| 1/13/2021 | $419,147.20 | | $419,147.20 |
| 1/29/2021 | $300,000.00 | | $300,000.00 |
| 2/8/2021 | $300,000.00 | | $300,000.00 |
| 3/4/2021 | $300,000.00 | | $300,000.00 |
| 4/8/2021 | $643,117.84 | | $643,117.84 |
| 5/13/2021 | $300,000.00 | | $300,000.00 |
| 5/24/2021 | $79,680.64 | | $79,680.64 |
| 6/4/2021 | $300,000.00 | | $300,000.00 |
| 6/25/2021 | $58,099.52 | | $58,099.52 |
| 7/1/2021 | $300,000.00 | | $300,000.00 |
| 7/19/2021 | $160,576.11 | | $160,576.11 |
| 8/5/2021 | $300,000.00 | | $300,000.00 |
| 8/30/2021 | $203,154.60 | | $203,154.60 |
| 9/7/2021 | $300,000.00 | | $300,000.00 |
| 10/4/2021 | $300,000.00 | | $300,000.00 |
| 10/26/2021 | $386,899.06 | | $386,899.06 |
| 11/15/2021 | $535,000.00 | | $535,000.00 |
| 12/13/2021 | $600,000.00 | | $600,000.00 |
| 12/27/2021 | $114,172.01 | | $114,172.01 |
| 1/3/2022 | $300,000.00 | | $300,000.00 |
| 1/21/2022 | $66,839.08 | | $66,839.08 |
| 2/2/2022 | $300,000.00 | | $300,000.00 |
| 2/16/2022 | $164,659.98 | | $164,659.98 |
| 2/17/2022 | $70,641.65 | | $70,641.65 |
| 3/1/2022 | $300,000.00 | | $300,000.00 |
| 3/14/2022 | $123,467.72 | | $123,467.72 |
| 4/4/2022 | $445,979.03 | | $445,979.03 |
| 4/20/2022 | $229,752.04 | | $229,752.04 |
| 4/26/2022 | $350,000.00 | | $350,000.00 |
| 5/9/2022 | $300,000.00 | | $300,000.00 |
| 6/3/2022 | $300,000.00 | | $300,000.00 |
| 6/23/2022 | $543,545.61 | | $543,545.61 |
| 7/6/2022 | $300,000.00 | | $300,000.00 |
| 8/1/2022 | $300,000.00 | | $300,000.00 |
| 8/29/2022 | $274,605.29 | | $274,605.29 |
| 9/2/2022 | $300,000.00 | | $300,000.00 |
| 9/12/2022 | $222,518.88 | | $222,518.88 |
| 10/4/2022 | $300,000.00 | | $300,000.00 |
| 11/1/2022 | $99,357.00 | | $99,357.00 |
| 11/3/2022 | $300,000.00 | | $300,000.00 |

| | | | |
|---|---|---|---|
| 12/6/2022 | $300,000.00 | | $300,000.00 |
| 12/8/2022 | $352,736.57 | | $352,736.57 |
| **Quarantine Bay LLC** | **$19,315,604.12** | | **$19,315,604.12** |
| 1/25/2017 | $458,843.37 | | $458,843.37 |
| 2/23/2017 | $655,713.86 | | $655,713.86 |
| 3/23/2017 | $512,646.48 | | $512,646.48 |
| 4/25/2017 | $452,226.51 | | $452,226.51 |
| 5/24/2017 | $412,241.99 | | $412,241.99 |
| 6/22/2017 | $378,894.49 | | $378,894.49 |
| 7/25/2017 | $401,195.11 | | $401,195.11 |
| 8/23/2017 | $407,696.43 | | $407,696.43 |
| 9/25/2017 | $470,437.30 | | $470,437.30 |
| 10/24/2017 | $461,623.27 | | $461,623.27 |
| 11/22/2017 | $426,702.74 | | $426,702.74 |
| 12/26/2017 | $421,183.86 | | $421,183.86 |
| 1/25/2018 | $518,869.82 | | $518,869.82 |
| 2/23/2018 | $558,852.97 | | $558,852.97 |
| 3/23/2018 | $567,472.00 | | $567,472.00 |
| 4/24/2018 | $502,420.25 | | $502,420.25 |
| 5/24/2018 | $518,587.45 | | $518,587.45 |
| 6/22/2018 | $516,334.77 | | $516,334.77 |
| 7/24/2018 | $552,212.87 | | $552,212.87 |
| 8/23/2018 | $515,229.63 | | $515,229.63 |
| 9/24/2018 | $406,050.63 | | $406,050.63 |
| 10/23/2018 | $246,827.40 | | $246,827.40 |
| 11/21/2018 | $262,152.65 | | $262,152.65 |
| 12/21/2018 | $503,507.29 | | $503,507.29 |
| 1/24/2019 | $449,971.45 | | $449,971.45 |
| 2/25/2019 | $430,832.96 | | $430,832.96 |
| 3/25/2019 | $395,533.45 | | $395,533.45 |
| 4/25/2019 | $366,623.53 | | $366,623.53 |
| 5/24/2019 | $423,728.96 | | $423,728.96 |
| 6/24/2019 | $536,061.04 | | $536,061.04 |
| 7/25/2019 | $490,021.75 | | $490,021.75 |
| 8/23/2019 | $402,179.26 | | $402,179.26 |
| 9/23/2019 | $446,808.54 | | $446,808.54 |
| 10/25/2019 | $397,796.16 | | $397,796.16 |
| 11/25/2019 | $390,940.17 | | $390,940.17 |
| 12/23/2019 | $369,415.03 | | $369,415.03 |
| 1/24/2020 | $360,984.63 | | $360,984.63 |
| 2/26/2020 | $359,055.12 | | $359,055.12 |
| 3/25/2020 | $392,344.08 | | $392,344.08 |
| 4/23/2020 | $299,187.24 | | $299,187.24 |
| 5/26/2020 | $193,939.41 | | $193,939.41 |
| 6/25/2020 | $74,486.80 | | $74,486.80 |
| 7/27/2020 | $67,166.40 | | $67,166.40 |
| 8/25/2020 | $183,218.88 | | $183,218.88 |

| | | | |
|---|---|---|---|
| 9/24/2020 | $183,017.77 | | $183,017.77 |
| 10/23/2020 | $156,057.43 | | $156,057.43 |
| 11/24/2020 | $154,248.76 | | $154,248.76 |
| 12/23/2020 | $118,093.69 | | $118,093.69 |
| 1/25/2021 | $167,333.86 | | $167,333.86 |
| 2/25/2021 | $175,408.87 | | $175,408.87 |
| 3/25/2021 | $203,225.74 | | $203,225.74 |
| **RCL Pelican** | **$1,946,217.91** | | **$1,946,217.91** |
| 1/25/2017 | $49,302.09 | | $49,302.09 |
| 2/23/2017 | $68,432.58 | | $68,432.58 |
| 3/23/2017 | $51,878.05 | | $51,878.05 |
| 4/25/2017 | $42,654.67 | | $42,654.67 |
| 5/24/2017 | $36,741.42 | | $36,741.42 |
| 6/22/2017 | $30,391.68 | | $30,391.68 |
| 7/25/2017 | $34,130.98 | | $34,130.98 |
| 8/23/2017 | $42,997.68 | | $42,997.68 |
| 9/25/2017 | $44,076.78 | | $44,076.78 |
| 10/24/2017 | $45,765.95 | | $45,765.95 |
| 11/22/2017 | $42,451.19 | | $42,451.19 |
| 12/26/2017 | $39,726.32 | | $39,726.32 |
| 1/25/2018 | $44,937.27 | | $44,937.27 |
| 2/23/2018 | $45,795.42 | | $45,795.42 |
| 3/23/2018 | $50,989.97 | | $50,989.97 |
| 4/24/2018 | $40,801.05 | | $40,801.05 |
| 5/24/2018 | $41,407.32 | | $41,407.32 |
| 6/22/2018 | $42,116.04 | | $42,116.04 |
| 7/24/2018 | $45,379.00 | | $45,379.00 |
| 8/23/2018 | $40,582.49 | | $40,582.49 |
| 9/24/2018 | $18,832.55 | | $18,832.55 |
| 10/23/2018 | $946.50 | | $946.50 |
| 12/21/2018 | $41,583.82 | | $41,583.82 |
| 1/24/2019 | $42,220.06 | | $42,220.06 |
| 2/25/2019 | $41,599.60 | | $41,599.60 |
| 3/25/2019 | $31,876.61 | | $31,876.61 |
| 4/25/2019 | $30,609.50 | | $30,609.50 |
| 5/24/2019 | $36,165.05 | | $36,165.05 |
| 6/24/2019 | $40,179.63 | | $40,179.63 |
| 7/25/2019 | $37,803.30 | | $37,803.30 |
| 8/23/2019 | $33,413.43 | | $33,413.43 |
| 9/23/2019 | $36,447.79 | | $36,447.79 |
| 10/25/2019 | $31,946.78 | | $31,946.78 |
| 11/25/2019 | $30,645.81 | | $30,645.81 |
| 12/23/2019 | $29,075.86 | | $29,075.86 |
| 1/25/2020 | $14,657.79 | | $14,657.79 |
| 2/26/2020 | $36,503.93 | | $36,503.93 |
| 3/25/2020 | $30,116.20 | | $30,116.20 |
| 4/23/2020 | $23,156.03 | | $23,156.03 |

| | | | |
|---|---|---|---|
| 5/26/2020 | $15,288.90 | | $15,288.90 |
| 6/25/2020 | $6,266.88 | | $6,266.88 |
| 7/27/2020 | $6,346.49 | | $6,346.49 |
| 8/25/2020 | $15,532.73 | | $15,532.73 |
| 9/24/2020 | $15,844.48 | | $15,844.48 |
| 10/23/2020 | $13,093.56 | | $13,093.56 |
| 11/24/2020 | $13,507.03 | | $13,507.03 |
| 12/23/2020 | $10,553.73 | | $10,553.73 |
| 1/25/2021 | $14,657.79 | | $14,657.79 |
| 2/25/2021 | $15,771.83 | | $15,771.83 |
| 3/25/2021 | $18,574.69 | | $18,574.69 |
| 12/28/2021 | $190,670.09 | | $190,670.09 |
| 7/6/2022 | $141,771.52 | | $141,771.52 |
| 8/29/2022 | | | |
| **RCL S Bay** | **$820,876.47** | | **$820,876.47** |
| 1/25/2017 | $18,336.44 | | $18,336.44 |
| 2/23/2017 | $22,832.65 | | $22,832.65 |
| 3/23/2017 | $20,770.63 | | $20,770.63 |
| 4/25/2017 | $19,951.80 | | $19,951.80 |
| 5/24/2017 | $15,735.80 | | $15,735.80 |
| 6/22/2017 | $18,018.76 | | $18,018.76 |
| 7/25/2017 | $16,004.55 | | $16,004.55 |
| 8/23/2017 | $15,452.47 | | $15,452.47 |
| 9/25/2017 | $19,007.82 | | $19,007.82 |
| 10/24/2017 | $18,812.80 | | $18,812.80 |
| 11/22/2017 | $15,813.72 | | $15,813.72 |
| 12/26/2017 | $18,079.84 | | $18,079.84 |
| 1/25/2018 | $16,676.33 | | $16,676.33 |
| 2/23/2018 | $14,925.04 | | $14,925.04 |
| 3/23/2018 | $23,211.95 | | $23,211.95 |
| 4/24/2018 | $18,039.33 | | $18,039.33 |
| 5/24/2018 | $22,980.05 | | $22,980.05 |
| 6/22/2018 | $18,586.18 | | $18,586.18 |
| 7/24/2018 | $20,373.90 | | $20,373.90 |
| 8/23/2018 | $19,361.23 | | $19,361.23 |
| 9/24/2018 | $13,414.34 | | $13,414.34 |
| 10/23/2018 | $18,712.17 | | $18,712.17 |
| 11/21/2018 | $10,381.13 | | $10,381.13 |
| 12/21/2018 | $20,323.51 | | $20,323.51 |
| 1/24/2019 | $17,742.05 | | $17,742.05 |
| 2/25/2019 | $13,013.62 | | $13,013.62 |
| 3/25/2019 | $14,796.68 | | $14,796.68 |
| 4/25/2019 | $12,068.20 | | $12,068.20 |
| 5/24/2019 | $13,794.21 | | $13,794.21 |
| 6/24/2019 | $19,404.06 | | $19,404.06 |
| 7/25/2019 | $14,743.33 | | $14,743.33 |
| 8/23/2019 | $14,959.76 | | $14,959.76 |

| | | | |
|---|---|---|---|
| 9/23/2019 | $16,998.38 | | $16,998.38 |
| 10/25/2019 | $13,202.18 | | $13,202.18 |
| 11/25/2019 | $9,237.19 | | $9,237.19 |
| 12/23/2019 | $13,694.37 | | $13,694.37 |
| 1/24/2020 | $12,037.33 | | $12,037.33 |
| 2/26/2020 | $13,689.98 | | $13,689.98 |
| 3/25/2020 | $12,684.53 | | $12,684.53 |
| 4/23/2020 | $10,592.56 | | $10,592.56 |
| 5/26/2020 | $6,444.00 | | $6,444.00 |
| 6/25/2020 | $1,866.55 | | $1,866.55 |
| 7/27/2020 | $957.52 | | $957.52 |
| 8/25/2020 | $9,706.20 | | $9,706.20 |
| 9/24/2020 | $7,320.68 | | $7,320.68 |
| 10/23/2020 | $4,772.99 | | $4,772.99 |
| 11/24/2020 | $3,306.57 | | $3,306.57 |
| 12/23/2020 | $1,631.37 | | $1,631.37 |
| 1/25/2021 | $2,278.54 | | $2,278.54 |
| 2/25/2021 | $2,426.25 | | $2,426.25 |
| 3/25/2021 | $2,839.00 | | $2,839.00 |
| 12/28/2021 | $76,740.61 | | $76,740.61 |
| 7/6/2022 | $42,125.32 | | $42,125.32 |
| **WIN Management LLC** | | **$11,097,810.43** | **$11,097,810.43** |
| 1/13/2017 | | $3,488,000.00 | $3,488,000.00 |
| 4/17/2017 | | $1,975,000.00 | $1,975,000.00 |
| 6/15/2017 | | $500,000.00 | $500,000.00 |
| 4/16/2018 | | $179,810.43 | $179,810.43 |
| 6/18/2018 | | $766,500.00 | $766,500.00 |
| 9/20/2018 | | $746,250.00 | $746,250.00 |
| 1/22/2019 | | $1,942,250.00 | $1,942,250.00 |
| 6/14/2019 | | $1,500,000.00 | $1,500,000.00 |
| **Windward Capital Assets LLC** | **$50,000.31** | | **$50,000.31** |
| 5/3/2017 | $794.25 | | $794.25 |
| 6/8/2017 | $794.25 | | $794.25 |
| 7/7/2017 | $794.25 | | $794.25 |
| 8/4/2017 | $794.25 | | $794.25 |
| 9/6/2017 | $794.25 | | $794.25 |
| 10/5/2017 | $794.25 | | $794.25 |
| 12/5/2017 | $1,615.02 | | $1,615.02 |
| 1/23/2018 | $818.07 | | $818.07 |
| 2/5/2018 | $814.29 | | $814.29 |
| 3/5/2018 | $813.42 | | $813.42 |
| 4/6/2018 | $813.96 | | $813.96 |
| 5/3/2018 | $846.33 | | $846.33 |
| 6/20/2018 | $818.16 | | $818.16 |
| 7/5/2018 | $823.43 | | $823.43 |
| 7/27/2018 | $830.59 | | $830.59 |
| 10/1/2018 | $1,668.04 | | $1,668.04 |

| | | | |
|---|---|---|---|
| 11/16/2018 | $824.65 | | $824.65 |
| 12/12/2018 | $818.75 | | $818.75 |
| 12/31/2018 | $812.21 | | $812.21 |
| 2/11/2019 | $825.13 | | $825.13 |
| 3/25/2019 | $826.90 | | $826.90 |
| 4/26/2019 | $898.38 | | $898.38 |
| 6/7/2019 | $1,648.27 | | $1,648.27 |
| 7/19/2019 | $915.12 | | $915.12 |
| 8/23/2019 | $858.38 | | $858.38 |
| 10/18/2019 | $1,683.73 | | $1,683.73 |
| 11/11/2019 | $868.61 | | $868.61 |
| 11/15/2019 | $10,892.95 | | $10,892.95 |
| 12/9/2019 | $839.77 | | $839.77 |
| 12/31/2019 | $1,269.64 | | $1,269.64 |
| 3/2/2020 | $839.22 | | $839.22 |
| 3/30/2020 | $1,677.72 | | $1,677.72 |
| 4/27/2020 | $1,111.88 | | $1,111.88 |
| 5/28/2020 | $838.83 | | $838.83 |
| 9/9/2020 | $3,459.14 | | $3,459.14 |
| 12/18/2020 | $3,464.22 | | $3,464.22 |
| **Grand Total** | **$155,534,941.17** | **$51,894,000.00** | **$207,428,941.17** |