**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of COX OPERATING L.L.C., MLCJR, LLC, COX OIL OFFSHORE, L.L.C., ENERGY XXI, GOM, LLC, ENERGY XXI GULF COAST, LLC, EPL OIL & GAS, LLC, AND M21K, LLC, <br><br> VERSUS <br><br> BRAD E. COX, et al. | * <br> * <br> * CIVIL ACTION NO. 2025-cv-943 <br> * <br> * <br> * <br> * DISTRICT JUDGE BRANDON S. <br> * LONG <br> * <br> * MAGISTRATE JUDGE MICHAEL <br> * NORTH <br> * |

**EXHIBIT D TO THE FIRST AMENDED COMPLAINT: PARTIAL CREDITOR LIST**

| Claim # | Creditor | Date Originated | Amount | Basis of Claim |
|---|---|---|---|---|
| 38 | Liberty Mutual Insurance Company | December 20, 2018 | $28,860,390.50 | Bonds |
| 239 | Liberty Mutual Insurance Company | October 31, 2018 | $28,882,194.50 | Bonds |
| 72 | Grand Isle Corridor, LP | Between 2016 and 2020 | $7,821,696.00 | Decommissioning Obligations |
| 791 | Argonaut Insurance Company | October 19, 2018 | $166,792,135.00 | Surety Bonds and Indemnity Agreement |
| 197 | Chevron Pipe Line Company | 2017 or 2018 ("it is not clear at this time if the Debtors were paid current as of 2017") | at least $16,165.86 | Numerous agreements and leases |
| 204 | Travelers Casualty and Surety Company of America | December 17, 2018 | $20,000,000.00 | Indemnity Agreement |
| 207 | Nationwide Mutual Insurance Company | December 17, 2018 | $50,000,000.00 | Indemnity Agreement |
| 212 | Berkley Insurance Company | December 17, 2018 | $25,000,000.00 | Indemnity Agreement |



EXHIBIT

D

| 217 | Mobius Risk Group LLC | November 25, 2018 | $25,000.00 | 5 unpaid invoices as per signed agreement (April 24, 2017) for services |
|---|---|---|---|---|
| 290 | United States Fire Insurance Company | April 15, 2016 | $94,625,509.00 | General Indemnity Agreement and Surety Bonds |
| 287 | Hanover Insurance Company | October 31, 2018 | $63,066,408.00 | General Agreement of Indemnity |
| 309 | R&R Boats, Inc. | November 30, 2015 | $830,539.59 | services and labor provided from November 30, 2015 through December 31, 2022 |
| 315 | R&R Boats, Inc. | November 30, 2015 | $74,143.22 | services and labor provided from November 30, 2015 through December 31, 2022 |
| 349 | American Panther, LLC | April 15, 2016 | $18,957,889.18 | Gathering Agreements (operational services) |
| 534 | Certain Underwriters at Lloyds' London dba Osprey Underwriting Agency Ltd | October 13, 2017 | $341,985.08 | Liability claim for recovery of amounts paid under Maritime Law |
| 648 | McMoRan Oil & Gas LLC | April 1, 2017 | $15,000,000.00 | Many agreements related to ownership and operation of oil and gas assets in the Gulf of Mexico |
| 785 | Department of Treasury - Internal Revenue Service | June 30, 2017 | $600.00 | Estimated Taxes because the Return has not been filed. |

| 782 | Louisiana Department of Revenue | June 30, 2012 | $972,472.20 | Governmental Taxes (2012 withholding, 2015 Oil and Gas) |
|---|---|---|---|---|
| 806 | Texas Comptroller of Public Accounts, Unclaimed Property Division | 2013, 14, 15, 16, 17, 18, 19, 20, 21, 22 | $665,213.28 | Estimate of unclaimed property (debtors failed to file Unclaimed Property Reports 2013-2022) |
| 807 | United States Trustee | April 14, 2016 | $1,091,150.00 | Fees under Ch 123 of Title 28, Unites States Code (Energy XXI Gulf Coast, LLC) |
| 808 | United States Trustee | April 14, 2016 | $72,057.00 | Fees under Ch 123 of Title 28, Unites States Code (M21K, LLC) |
| 809 | United States Trustee | April 14, 2016 | $1,130,000.00 | Fees under Ch 123 of Title 28, Unites States Code (EPL Oil & Gas, LLC) |