**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of COX OPERATING L.L.C., MLCJR, LLC, COX OIL OFFSHORE, L.L.C., ENERGY XXI, GOM, LLC, ENERGY XXI GULF COAST, LLC, EPL OIL & GAS, LLC, AND M21K, LLC    VERSUS    BRAD E. COX, et al. | *  *  *  *  *  *  *  *  *  *  *  *  * | CIVIL ACTION AND ADVERSARY PROCEEDING NO. 25-943    DISTRICT JUDGE: BRANDON S. LONG    MAGISTRATE JUDGE: MICHAEL NORTH |

**THIRD AMENDED AND SUPPLEMENTAL ADVERSARY COMPLAINT AND JURY DEMAND**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Michael D. Warner, the duly elected Chapter 7 trustee (the "Trustee" or "Plaintiff") of the above-captioned Debtors' estates, in those certain jointly administered cases under Chapter 7 of the United States Bankruptcy Code styled *In re MLCJR, et al.*, Case No. 23-90324 (CML) pending before the United States Bankruptcy Court for the Southern District of Texas, who respectfully submits this Third Amended and Supplemental Adversary Complaint and Jury Demand ("Third Amended Complaint") in accordance in accordance with Federal Rule of Civil Procedure 15(a)(2), along with his motion for leave to amend, because his Second Amended Adversary Complaint and Jury Demand (the "Second Amended Complaint") has already been served. The Trustee submits this Third Amended Complaint for the sole purposes of correcting (1) a misnomer with respect to the trustee of the Bradley Edwin Cox Trust (the "Bradley Trust"), and (2) the description of the Crespi Estate.

The Trustee hereby amends and corrects ¶ 32 in his Second Amended Complaint to identify the trustee of the Bradley Trust as William Graham as follows:

32.    Defendant William Graham, in his capacity as the duly appointed and acting trustee

of the Bradley Edwin Cox Trust (the "**<u>Bradley Trust</u>**"), a trust organized and existing under the laws of the State of Texas. The sole beneficiary of the Bradley Trust is Brad Cox.

The Trustee hereby amends and corrects Exhibit A to his Second Amended Complaint to identify the trustees of the Bradley Trust as William Graham as follows:

**Bradley Trust**    Defendant, the Bradley Edwin Cox Trust, which is organized and existing under the laws of the State of Texas, with sole beneficiary Brad Cox and trustee, William Graham.

The Trustee hereby amends and corrects ¶ 215 in his Second Amended Complaint to add Lot 1J to the description of the Crespi Estate as follows:

215.    The Dynasty Trust acquired the real property described as 5619 Walnut Hill Lane, Dallas, TX 75229 (herein referred to as the Crespi Estate) by Special Warranty Deed with Vendor's Lien recorded June 26, 2019, for $29,000,000. This real property is more particularly described as:

> Being Lots 1F, 1G, 1H, and 1J, Block 1/5516 of CRESPI ESTATES, an Addition to the City of Dallas, Dallas County, Texas, according to the plat thereof recorded in cc# 201900146878, Real Property Records, Dallas County, Texas.

Respectfully submitted,

*/s/ Kaja S. Elmer*
Brent B. Barriere, La. Bar No. 2848
Kerry J. Miller, La. Bar. No. 24562
Kaja S. Elmer, La. Bar No. 35568
Julie S. Meaders, La. Bar No. 39984
Margaret M. Daly, La. Bar No. 40331
FISHMAN HAYGOOD, LLP
201 St. Charles, 46th Floor
New Orleans, LA 70170
T: (504) 585-5252
F: (504) 586-5250
bbarriere@fishmanhaygood.com
kmiller@fishmanhaygood.com
kelmer@fishmanhaygood.com

2

jmeaders@fishmanhaygood.com
mdaly@fishmanhaygood.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28th, 2025, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/ Kaja S. Elmer*
Kaja S. Elmer

3