# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of COX OPERATING L.L.C., MLCJR, LLC, COX OIL OFFSHORE, L.L.C., ENERGY XXI, GOM, LLC, ENERGY XXI GULF COAST, LLC, EPL OIL & GAS, LLC, AND M21K, LLC, | * * * * * * CIVIL ACTION AND * ADVERSARY PROCEEDING NO. |
| Plaintiff, | * 2025-CV-943 * |
| VERSUS | * * |
| BRAD E. COX, CRAIG SANDERS, VINCENT DEVITO, JOSEPH WINKLER, WILLIAM GRAHAM IN HIS CAPACITY AS TRUSTEE OF THE BRADLEY EDWIN COX TRUST, CRAIG SANDERS ANDWILLIAM GRAHAM IN THEIR CAPACITIES AS CO-TRUSTEES OF THE CHARLEE LOCHRIDGE COX DYNASTY TRUST, WILLIAM GRAHAM IN HIS CAPACITY SS TRUSTEE OF THE EDWIN L. COX "B" TRUST, CLS DEVELOPMENT, LLC, COX INTERESTS, LLC, COX INVESTMENT PARTNERS, LP, COX GATHERING LLC, COX MANAGEMENT DALLAS, LLC, COX OIL AND GAS, LLC, COX OIL LLC, CW FACILITIES, LLC, DALLAS ESTATE MANAGEMENT, LLC, EASTEX DEER MEADOW, LLC, FLOW LINE TRANSPORTATION, LLC, HALF MOON LAKE, L.L.C., LOCHRIDGE ENERGY SERVICES P&A, LLC, LSC 27 LLC, PHOENIX PETRO SERVICES, LLC, PROTEUS ENERGY LLC, QUARANTINE BAY LLC, RCL PELICAN, RC L S BAY LLC, WIN MANAGEMENT, LLC, WINDWARD CAPITAL ASSETS, AND JOHN DOE DEFENDANTS 1–15, | * DISTRICT JUDGE LONG * * * MAGISTRATE JUDGE NORTH * * * * * * * * * * * * * * * * * * * * * * * |
| Defendants. | * |

## MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)

**NOW INTO COURT**, through undersigned counsel, comes Defendants Brad E. Cox; Vincent DeVito; LSC 27, LLC; Dallas Estate Management, LLC; CW Facilities, LLC; Cox Management Dallas, LLC; Cox Investment Partners, LLC; Cox Oil & Gas, LLC; Phoenix Petro Services, LLC; and Proteus Energy LLC (collectively, the "Nonresident Cox Defendants"), who pursuant to Fed. R. Civ. P. 12(b)(2), with full reservation of all rights and defenses, seek to have the Second Amended Complaint dismissed for lack of personal jurisdiction because the Trustee failed to establish that this Court has general or specific jurisdiction over any of the Nonresident Cox Defendants.

The Nonresident Cox Defendants argue in the instant Motion to Dismiss that this Court lacks general jurisdiction over the Nonresident Cox Defendants because their contacts with Louisiana are insufficient to establish general jurisdiction. Nonresident Cox Defendants also argue that this Court lacks specific jurisdiction over them because they have not purposefully availed themselves of the jurisdiction of the State of Louisiana.

These arguments are more fully set forth in the attached and incorporated Memorandum in Support of the Motion to Dismiss the Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2).

Dated: August 29, 2025                                    Respectfully submitted,

                                        **By:** */s/ Nicholas J. Wehlen*
                                        **Nicholas J. Wehlen, La. Bar No. 29476**
                                        **Edward B. Poitevent, II, La. Bar No. 10564**
                                        Stone Pigman Walther Wittmann L.L.C.
                                        909 Poydras Street, Suite 3150
                                        New Orleans, LA 70112-4041
                                        Phone: (504) 581-3200
                                        Email: nwehlen@stonepigman.com
                                            epoitevent@stonepigman.com

**By:** */s/ Edward J. Longosz, II*
**Edward J. Longosz, II, T.A. (*pro hac vice*)**
**Elizabeth Olien (*pro hac vice*)**
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, D.C. 20006
Phone: (202) 659-6600
Email: elongosz@eckertseamans.com
　　　eolien@eckertseamans.com

*Counsel for Defendants Brad E. Cox; Vincent DeVito; LSC 27, LLC; CW Facilities, LLC; Cox Management Dallas, LLC; Dallas Estate Management, LLC; Cox Investment Partners, LLC; Cox Oil & Gas, LLC; Phoenix Petro Services, LLC; Proteus Energy, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of August, 2025, I caused the foregoing Motion to Dismiss to be electronically served on all counsel of record and filed with the Clerk of the Court, United States District Court for the Eastern District of Louisiana, via the Court's CM/ECF e-filing system.

　　　*/s/ Nicholas J. Wehlen*
　　　Nicholas J. Wehlen

3