# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of COX OPERATING L.L.C., MLCJR, LLC, COX OIL OFFSHORE, L.L.C., ENERGY XXI, GOM, LLC,ENERGY XXI GULF COAST, LLC, EPL OIL &GAS, LLC, AND M21K, LLC,

        Plaintiff,

VERSUS

BRAD E. COX, CRAIG SANDERS, VINCENT DEVITO, JOSEPH WINKLER, ARDEN TRUST COMPANY IN ITS CAPACITY AS TRUSTEE OF THE BRADLEYEDWIN COX TRUST, CRAIG SANDERS ANDWILLIAM GRAHAM IN THEIR CAPACITIES AS CO-TRUSTEES OF THE CHARLEE LOCHRIDGE COX DYNASTY TRUST, WILLIAM GRAHAM IN HIS CAPACITY SS TRUSTEE OF THE EDWIN L. COX "B" TRUST, CLS DEVELOPMENT, LLC, COX INTERESTS, LLC, COX INVESTMENT PARTNERS, LP, COX GATHERING LLC, COX MANAGEMENT DALLAS, LLC, COX OIL AND GAS, LLC, COX OIL LLC, CW FACILITIES, LLC, DALLAS ESTATE MANAGEMENT, LLC, EASTEX DEER MEADOW, LLC, FLOW LINE TRANSPORTATION, LLC, HALF MOON LAKE, L.L.C., LOCHRIDGE ENERGY SERVICES P&A, LLC, LSC 27 LLC, PHOENIX PETRO SERVICES, LLC, PROTEUS ENERGY LLC, QUARANTINE BAY LLC, RCL PELICAN, RC L S BAY LLC, WIN MANAGEMENT, LLC, WINDWARD CAPITAL ASSETS, AND JOHN DOE DEFENDANTS 1–15,

        Defendants.

\* CIVIL ACTION AND ADVERSARY
\* PROCEEDING NO.2025-CV-943

\* DISTRICT JUDGE LONG

\* MAGISTRATE JUDGE NORTH

---

## DECLARATION OF BRAD E. COX

1.      My name is Brad E. Cox. I am over the age of 21, I am competent to testify to the facts stated in this declaration, and all of the facts stated are based upon my personal knowledge and belief. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing are true and correct.

2.      I submit this declaration in support of the Cox Defendants' Motion to Transfer Venue and the Nonresident Cox Defendants' Motion to Dismiss the Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) in the above-captioned matter.

3.      I am a resident and citizen of the State of Texas, where I am registered to vote.

4.      I make this affidavit in my capacity as an officer and executive of certain defendants named in the matter of *Warner v. Cox*, No. 2:25-cv-00943-BSL-MBN (E.D. La):  Cox Investment Partners, LP ("CIP"); Cox Gathering LLC ("Gathering"); Cox Management Dallas, LLC ("Cox Management Dallas"); Cox Oil and Gas, LLC ("Cox Oil & Gas"); Cox Oil, LLC ("Cox Oil"); CW Facilities, LLC ("CW Facilities"); Dallas Estate Management, LLC ("Dallas Estate Management"); Flow Line Transportation, LLC ("Flow Line"); Half Moon Lake ("Half Moon Lake"), LLC; Lochridge Energy Services P&A, LLC ("Lockridge P&A"); LSC 27 LLC ("LSC"); Pheonix Petro Services, LLC ("Phoneix"); Proteus Energy, LLC ("Proteus"); and Quarantine Bay LLC ("Quarantine Bay") (collectively, the "Cox Entity Defendants").

5.      I am not the sole member of any of the limited liability companies named as parties in *Warner v. Cox*, No. 2:25-cv-00943-BSL-MBN (E.D. La).  Together with Cox Management Dallas, we are the partners of Cox Investment Partners, LP.  Cox Management Dallas is the general partner and I am the limited partner.

6.      I performed my responsibilities in connection with these entities from Dallas, Texas.

7. Cox Oil and Gas LLC and Dallas Estate Management, LLC are limited liability companies that were organized and exist under the laws of the State of Texas. Each of these entities has a principal place of business in Dallas, Texas, where each entity's officers, and directors are located.

8. LSC 27 LLC, Cox Management Dallas, LLC; Cox Oil, LLC; CW Facilities, LLC; Pheonix Petro Services, LLC; and Proteus Energy, LLC are limited liability companies that were organized and exist under the laws of the State of Delaware. Cox Investment Partners, LP is a limited partnership that was formed and exists under the laws of the State of Delaware. Each of these entities has a principal place of business in Dallas, Texas, where each entity's officers, directors, and employees are located. None of these entities own any real estate or property located in Louisiana.

9. Cox Interests, LLC; Cox Gathering LLC; Flow Line Transportation, LLC; Half Moon Lake, LLC; Lochridge Energy Services P&A, LLC; and Quarantine Bay LLC are limited liability companies that were organized and exist under the laws of the State of Louisiana. Each of these entities has a principal place of business in Dallas, Texas, where each entity's officers, directors, and employees are located.

10. To the extent that Cox Operating LLC or MLCJR LLC made any transfers to one of the defendants named in the Second Amended Complaint ("SAC"), *Warner v. Cox, et al.*, 2:25-cv-00943-BSL-MBN, ECF 12 (E.D. La. May 15, 2025), each such transfer would have been directed, made, or authorized in Texas by Cox Operating from its principal place of business in Texas. Any such transfer would then have been received by the defendant transferee in Texas.

11.     The bank accounts of the debtors and defendants named in this lawsuit are located Texas.

12.     To the extent the Cox Entity Defendants named in this lawsuit have records, it is my understanding that those records are located in Texas.

Dated: August 29, 2025. /s/ _____
                                        Brad E. Cox