**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of COX OPERATING L.L.C., MLCJR, LLC, COX OIL OFFSHORE, L.L.C., ENERGY XXI, GOM, LLC, ENERGY XXI GULF COAST, LLC, EPL OIL & GAS, LLC, AND M21K, LLC,** | * * * * * * | **CIVIL ACTION AND ADVERSARY PROCEEDING NO. 2025-CV-943** |
| | * | **SECTION "O"** |
| **Plaintiff** | * * | |
| | * | **DISTRICT JUDGE LONG** |
| **VERSUS** | * * | |
| **BRAD E. COX, ET AL.,** | * * | **MAGISTRATE JUDGE NORTH** |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>NOTICE OF SUBMISSSION</u>

Please take notice that defendants Brad E. Cox; Vincent DeVito; LSC 27, LLC; Dallas Estate Management, LLC; CW Facilities, LLC; Cox Management Dallas, LLC; Cox Investment Partners, LLC; Cox Oil & Gas, LLC; Phoenix Petro Services, LLC; and Proteus Energy LLC hereby submit their Motion to Dismiss the Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) for decision on **October 29, 2025 at 10:00 a.m.** before the Honorable Brandon S. Long, District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: August 29, 2025      Respectfully submitted,

**Stone Pigman Walther Wittmann LLC**

*/s/ Nicholas J. Wehlen*

Edward B. Poitevent, II, La. Bar No.
Nicholas J. Wehlen, La. Bar No. 29476
909 Poydras Street, Suite 3150
New Orleans, LA 70112-4041
Phone: (504) 581-3200
Email: epoitevent@stonepigman.com
      nwehlen@stonepigman.com

and

**ECKERT SEAMANS CHERIN & MELLOTT, L.L.C.**

Edward J. Longosz, II (admitted pro hac vice)
Elizabeth Olien (admitted pro hac vice)
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, D.C. 20006
Phone: (202) 659-6600
Email: elongosz@eckertseamans.com
      eolien@eckertseamans.com

*Counsel for Defendants Brad E. Cox; Vincent DeVito; LSC 27, LLC; CW Facilities, LLC; Cox Management Dallas, LLC; Dallas Estate Management, LLC; Cox Investment Partners, LLC; Cox Oil & Gas, LLC; Phoenix Petro Services, LLC; Proteus Energy, LLC*