**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of COX OPERATING L.L.C., MLCJR, LLC, COX OIL OFFSHORE, L.L.C., ENERGY XXI, GOM, LLC,ENERGY XXI GULF COAST, LLC, EPL OIL &GAS, LLC, AND M21K, LLC, | ∗ ∗ ∗ ∗ ∗ ∗ | CIVIL ACTION AND ADVERSARY PROCEEDING NO.2025-CV-943 |
| Plaintiff, | ∗ ∗ | DISTRICT JUDGE LONG |
| VERSUS | ∗ ∗ | MAGISTRATE JUDGE NORTH |
| BRAD E. COX, *et al.*, | ∗ ∗ | |
| Defendants. | ∗ | |

**EX PARTE MOTION TO STRIKE AND SUBSTITUTE EXHIBIT ECF 95-3 TO REPLY IN SUPPORT OF THE COX DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)**
**(RELATES TO ECF 95)**

NOW INTO COURT, through undersigned counsel, come the Cox Defendants[1] to request that the Court strike Exhibit 3 (ECF 95-3) to the Reply in Support of the Cox Defendants' Motion to Dismiss ("Reply") (ECF 95) filed on November 7, 2025, and substitute in its place the proposed replacement exhibit attached to this Ex Parte Motion.

The document that the Cox Defendants seek to strike and that was inadvertently attached as ECF 95-3 is the "Agreed Order (A) Dismissing Involuntary Bankruptcy Case, (B) Incorporating the Transfer Order in Jointly Administered Voluntary Cases, and (C) Preserving all Parties' Rights Under the Transfer Order," which was filed into *In Re MLCJR LLC, et al.*, No. 23-90324 (Bankr.

---

[1] The "Cox Defendants" are defendants Brad E. Cox; Vincent DeVito; Cox Interests, LLC; Cox Investment Partners, LP; Cox Gathering LLC; Cox Management Dallas, LLC; Cox Oil and Gas, LLC; Cox Oil, LLC; CW Facilities, LLC; Dallas Estate Management, LLC; Flow Line Transportation, LLC; Half Moon Lake, L.L.C.; Lochridge Energy Services P&A, LLC; LSC 27 LLC; Phoenix Petro Services, LLC; Proteus Energy LLC; and Quarantine Bay LLC.

S.D. Tex. June 28, 2023) as ECF 526.  The Cox Defendants respectfully request that the Court allow them to substitute in place of that agreed order the intended Exhibit 3, namely an "Order Authorizing Joint Administration of the Chapter 11 Cases" that was previously filed into *In Re MLCJR LLC, et al.*, No. 23-90324 (Bankr. S.D. Tex. May 16, 2023) as ECF 103.  The correct Exhibit 3 to the Reply is attached to this motion.

WHEREFORE, the Cox Defendants pray that the Court strike Exhibit 3 (ECF 95-3) to the Reply in Support of the Cox Defendants' Motion to Dismiss (ECF 95) and substitute in its place the exhibit attached to this Ex Parte Motion.

Dated: November 10, 2025

Respectfully submitted,

By: */s/ Nicholas J. Wehlen*
**Nicholas J. Wehlen, La. Bar No. 29476**
Stone Pigman Walther Wittmann L.L.C.
909 Poydras Street, Suite 3150
New Orleans, LA 70112-4041
Phone: (504) 581-3200
Email: nwehlen@stonepigman.com

By: */s/ Edward J. Longosz, II*
**Edward J. Longosz, II, T.A. (*pro hac vice*)**
**Elizabeth Olien (*pro hac vice*)**
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, D.C. 20006
Phone: (202) 659-6600
Email: elongosz@eckertseamans.com
eolien@eckertseamans.com

*Counsel for Defendants Brad E. Cox; Vincent DeVito; Cox Interests, LLC; Cox Investment Partners, LP; Cox Gathering LLC; Cox Management Dallas, LLC; Cox Oil and Gas, LLC; Cox Oil, LLC; CW Facilities, LLC; Dallas Estate Management, LLC; Flow Line Transportation, LLC; Half Moon Lake, L.L.C.; Lochridge Energy Services P&A, LLC; LSC 27 LLC; Phoenix Petro Services, LLC; Proteus Energy LLC; and Quarantine Bay LLC*

6028095v.1

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 10th day of November, 2025, I caused the foregoing Ex Parte Motion to Strike and Substitute Exhibit ECF 95-3 to Reply to Cox Defendants' Defendant's Motion for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6) to be electronically served on all counsel of record and filed with the Clerk of the Court, United States District Court for the Eastern District of Louisiana, via the Court's CM/ECF e-filing system.

/s/ *Nicholas J. Wehlen*
Nicholas J. Wehlen

6028095v.1