United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| COX OIL OFFSHORE, L.L.C., | : | Case No. 23-90328 |
| | : | |
| Debtor. | : | Tax I.D. No. 45-2117047 |
| | : | |

---------------------------------------------------------- x

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| COX OPERATING L.L.C., | : | Case No. 23-90327 |
| | : | |
| Debtor. | : | Tax I.D. No. 71-0960939 |
| | : | |

---------------------------------------------------------- x

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY XXI GOM, LLC, | : | Case No. 23-90330 |
| | : | |
| Debtor. | : | Tax I.D. No. 56-2140027 |
| | : | |

---------------------------------------------------------- x

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY XXI GULF COAST, LLC, | : | Case No. 23-90329 |
| | : | |
| Debtor. | : | Tax I.D. No. 20-4278595 |
| | : | |

---------------------------------------------------------- x

11

US-DOCS\138663956

```
------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
EPL OIL & GAS, LLC,                                 :    Case No. 23-90326
                                                    :
               Debtor.                              :    Tax I.D. No. 72-1409562
                                                    :
------------------------------------------------------------ x

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
M21K, LLC,                                          :    Case No. 23-90325
                                                    :
               Debtor.                              :    Tax I.D. No. 90-0793978
                                                    :
------------------------------------------------------------ x

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
MLCJR LLC,                                          :    Case No. 23-90324
                                                    :
               Debtor.                              :    Tax I.D. No. 47-5430875
                                                    :
------------------------------------------------------------ x
```

## <u>ORDER AUTHORIZING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES</u>

Upon the motion (the "***Motion***")[2] of the Debtors for an order (this "***Order***"):  (a) directing the joint administration of the Chapter 11 Cases for procedural purposes only and (b) granting related relief; and this Court having reviewed the Motion and the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, it is hereby

**ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. All objections to the entry of this Order, to the extent not withdrawn, resolved, or settled, are overruled.

3. The above-captioned cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 23-90324 (CML). All of the jointly administered cases are assigned to Judge Lopez.

4. Additionally, the following checked items are ordered:

a. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

b. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

c. ☒ Other: See below.

5. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

13

US-DOCS\138663956

```
------------------------------------------------------------ x
In re:                                               :    Chapter 11
                                                     :
MLCJR LLC, et al.,¹                                  :    Case No. 23-90324 (CML)
                                                     :
                              Debtors.               :    Jointly Administered
                                                     :
------------------------------------------------------------ x
```

¹    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

6.    The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

7.    All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of MLCJR LLC, et al., Case No. 23- 90324 (CML).

8.    A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than MLCJR LLC to reflect the joint administration of the Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the Bankruptcy Local Rules for the Southern District of Texas directing joint administration for procedural purposes of the chapter 11 cases of each of the following MLCJR LLC, Case No. 23-90324; Cox Oil Offshore, L.L.C., Case No. 23-90328; Cox Operating, L.L.C., Case No. 23-90327; Energy XXI GOM, LLC, Case No. 23-90330; Energy XXI Gulf Coast, LLC, Case No. 23-90329; EPL Oil & Gas, LLC, Case No. 23-90326; and M21K, LLC , Case No. 23-90325. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 23-90324 (CML).**

9.    The Debtors shall maintain, and the Clerk of this Court shall keep, one consolidated docket, one file, and one consolidated service list for the Chapter 11 Cases.

10.   Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases, and this Order

14

US-DOCS\138663956

shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

11.     Notice of the Motion as provided therein shall be deemed good and sufficient notice thereof, and the requirements of the Local Rules are satisfied by such notice.

12.     This Order shall be effective and enforceable immediately upon entry hereof.

13.     The Debtors are hereby authorized to take all actions and to execute all documents as may be necessary to effectuate the relief granted by this Order.

14.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed:  May 16, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

15