UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of COX OPERATING L.L.C., MLCJR, LLC, COX OIL OFFSHORE, L.L.C., ENERGY XXI, GOM, LLC, ENERGY XXI GULF COAST, LLC, EPL OIL & GAS, LLC, AND M21K, LLC.<br>        Plaintiff,<br><br>V.<br><br>BRAD E. COX, CRAIG SANDERS, VINCENT DEVITO, ARDEN TRUST COMPANY IN ITS CAPACITY AS TRUSTEE OF THE BRADLEY EDWIN COX TRUST, CRAIG SANDERS AND WILLIAM GRAHAM IN THEIR CAPACITIES AS CO-TRUSTEES OF THE CHARLEE LOCHRIDGE COX DYNASTY TRUST, WILLIAM GRAHAM IN HIS CAPACITY SS TRUSTEE OF THE EDWIN L. COX "B" TRUST, CLS DEVELOPMENT, LLC, COX INTERESTS, LLC, COX INVESTMENT PARTNERS, LP, COX GATHERING LLC, COX MANAGEMENT DALLAS, LLC, COX OIL AND GAS, LLC, COX OIL LLC, CW FACILITIES, LLC, DALLAS ESTATE MANAGEMENT, LLC, EASTEX DEER MEADOW, LLC, FLOW LINE TRANSPORTATION, LLC, HALF MOON LAKE, L.L.C., LOCHRIDGE ENERGY SERVICES P&A, LLC, LSC 27 LLC, PHOENIX PETRO SERVICES, LLC, PROTEUS ENERGY LLC, QUARANTINE BAY LLC, RCL PELICAN, RC L S BAY LLC, WIN MANAGEMENT, LLC, WINDWARD CAPITAL ASSETS, AND JOHN DOE DEFENDANTS 1–15, | CIVIL ACTION AND ADVERSARY PROCEEDING NO. 25-943<br><br><br>DISTRICT JUDGE BRANDON S. LONG<br><br><br>MAGISTRATE JUDGE MICHAEL NORTH |

**NOTICE OF DESIGNATION OF LEAD COUNSEL
AND WITHDRAWAL OF APPEARANCE**

      Please take notice that after over 43 years of the practice of law, Michael J. Durrschmidt is retiring from the law firm of Dykema Gossett PLLC and hereby withdraws as counsel of record for Joseph Winkler.

127373.000001 4917-6095-2453.1

Kim Lewinski of Dykema Gossett PLLC is designated as Lead Counsel in place of Michael J. Durrschmidt and the attorneys of Dykema will continue to represent Joseph Winkler.

December 31, 2025

By: */s/ Michael J. Durrschmidt*
Michael J. Durrschmidt
Texas Bar No. 06287650
Southern District Federal Bar # 4720
mdurrschmidt@dykema.com
Kim E. Lewinski
Texas Bar No. 24097994
Southern District Federal Bar No. 2773864
klewinski@dykema.com
**DYKEMA GOSSETT PLLC**
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, TX 77010
Telephone: (713)-904-6874
Facsimile: (855) 262-3749

Attorneys for Joseph Winkler

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing on December 31, 2025.

By: /s/ Michael Durrschmidt
Michael Durrschmidt

127373.000001 4917-6095-2453.1