UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL D. WARNER, ET AL | * | CIV. A. NO. 2:25-cv-00943 |
| | * | |
| | * | |
| VERSUS | * | JUDGE: BRANDON S. LONG |
| | * | |
| | * | |
| BRAD E. COX, ET AL | * | MAG. J.: MICHAEL NORTH |

******************************************************************************

**MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW Brian Comarda (the "Movant"), a member in good standing of the bar of the of the United States District Court for the Middle District of Louisiana and a Partner of the law firm of Gordon Rees Scully Mansukhani, LLP, and hereby moves this Court to grant Barry Flynn (the "Applicant") to appear and practice pro hac vice before the United States District Court for the Eastern District of Louisiana in the above-captioned case and appear as co-counsel for Defendant, Craig Sanders. In support of this motion, the Movant respectfully represents as follows:

1. Barry Flynn is a Partner of the law firm of Gordon Rees Scully Mansukhani, LLP located at 1900 W. Loop South, Suite 1000, Houston, Texas 77027, bflynn@grsm.com.

2. The Applicant is a member in good standing of the following State and Federal bars:

    i. United States District Court for the Northern, Eastern, Western, and Southern Districts of Texas;

    ii. United States District Court for the Western District of Michigan;

    iii. All Courts of Law and Equity in the State of Texas (State Bar No. 07196560).

3. A certificate of good standing from the United States District Court for the Western District of Michigan is attached hereto as Exhibit "A."

4. As required by Local Rule 83(b)(8)(C), Applicant certifies that he is not now subject to any disciplinary action, nor has he ever been disciplined for unethical or improper conduct by any court before which he has been admitted to practice. *See* Exhibit "B," the Affidavit of Barry Flynn.

5. As required by Local Rule 83(b)(8)(D), Applicant further certifies and submits the following oath,

> **I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States**.

6. As required by Local Rule 83(b)(10), Applicant further certifies that he is familiar with and shall be governed by the Local Civil Rules of the United States District Court for the Eastern District of Louisiana and understands that willful failure to comply with the rules, or a false certificate of compliance, is cause for disciplinary action.

7. The undersigned resident attorney certifies that he agrees to the association with Applicant in this matter and to the appearance as attorney of record.

WHEREFORE, the Movant respectfully requests that this Court enter an Order, in the form filed herewith, permitting Barry Flynn to appear pro hac vice in association with the Movant on behalf of for Defendant, Craig Sanders in the above-captioned case.

RESPECTFULLY SUBMITTED, the 3rd day of September, 2026.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Brian J. Comarda*
**BRIAN J. COMARDA, T.A. (LA. BAR NO. 28540)**
*bcomarda@grsm.com*
TransWestern Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938

-and-

201 St. Charles Avenue, Suite 2500
New Orleans, LA 70170

***Counsel for Craig Sanders***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the above and foregoing was served via electronic service on the parties' counsel of record through the Court's CM/ECF system, on this 3rd day of September 2026.

*/s/ Brian J. Comarda*
**BRIAN J. COMARDA**