**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of COX OPERATING L.L.C., MLCJR, LLC, COX OIL OFFSHORE, L.L.C., ENERGY XXI, GOM, LLC,ENERGY XXI GULF COAST, LLC, EPL OIL &GAS, LLC, AND M21K, LLC, | * * * * * * * | CIVIL ACTION AND ADVERSARY PROCEEDING NO. 2025-CV-943 |
| Plaintiff, | * * | DISTRICT JUDGE LONG |
| VERSUS | * * | |
| BRAD E. COX, *et al.*, | * * | MAGISTRATE JUDGE NORTH |
| Defendants. | * | |

## ***EX PARTE*** **MOTION OF ELIZABETH E. OLIEN TO WITHDRAW AS COUNSEL FOR THE COX DEFENDANTS**

**NOW INTO COURT**, through undersigned counsel, come defendants Brad E. Cox; Vincent DeVito; Cox Interests, LLC; Cox Investment Partners, LP; Cox Gathering LLC; Cox Management Dallas, LLC; Cox Oil and Gas, LLC; Cox Oil, LLC; CW Facilities, LLC; Dallas Estate Management, LLC; Flow Line Transportation, LLC; Half Moon Lake, L.L.C.; Lochridge Energy Services P&A, LLC; LSC 27 LLC; Pheonix Petro Services, LLC; Proteus Energy LLC; and Quarantine Bay LLC ("Movants"), who pursuant to Local Rule 83.2.11 of the U.S. District Court for the Eastern District of Louisiana, respectfully move for an order withdrawing Elizabeth E. Olien of the law firm Eckert Seamans Cherin & Mellott LLC as their counsel of record in the above-captioned matter, who is no longer be affiliated with Eckert Seamans Cherin & Mellott LLC after October 1, 2026.

Edward J. Longosz, II, T.A. of the law firm Eckert Seamans Cherin & Mellot LLC and Andrew D. Mendez (La. Bar No. 26686) and Bryant S. York (La. Bar No. 34165) of the law firm

of Stone, Pigman, Walther, Wittman, LLC will continue to represent Movants as their counsel of record.

Dated: September 30, 2026

Respectfully submitted,

**By:** */s/ Andrew D. Mendez*
**Andrew D. Mendez, La. Bar No. 26686**
**Bryant S. York, La. Bar No. 34165**
Stone Pigman Walther Wittmann L.L.C.
909 Poydras Street, Suite 3150
New Orleans, LA 70112-4041
Phone: (504) 581-3200
Email: amendez@stonepigman.com
byork@stonepigman.com

**By:** */s/ Elizabeth Olien*
**Edward J. Longosz, II, T.A. (*pro hac vice*)**
**Elizabeth Olien**
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, D.C. 20006
Phone: (202) 659-6600
Email: elongosz@eckertseamans.com
eolien@eckertseamans.com

*Counsel for Defendants Brad E. Cox; Vincent DeVito; Cox Interests, LLC; Cox Investment Partners, LP; Cox Gathering LLC; Cox Management Dallas, LLC; Cox Oil and Gas, LLC; Cox Oil, LLC; CW Facilities, LLC; Dallas Estate Management, LLC; Flow Line Transportation, LLC; Half Moon Lake, L.L.C.; Lochridge Energy Services P&A, LLC; LSC 27 LLC; Phoenix Petro Services, LLC; Proteus Energy LLC; and Quarantine Bay LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2026, I caused the foregoing document to be electronically served on all counsel of record and filed with the Clerk of the Court, United States District Court for the Eastern District of Louisiana, via the Court's CM/ECF e-filing system.

*/s/ Andrew D. Mendez*